No. 693. P. W. Brooks & Co., Inc. *v.* North Carolina Public Service Co. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Chester Rohrlich* and *Frank P. Hobgood* for petitioner. *Mr. W. S. O'B. Robinson, Jr.,* for respondent.

No. 698. Claude Neon Lights, Inc. *v.* E. Machlett & Son et al. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edwin J. Prindle, Thomas Ewing,* and *William Bohleber* for petitioner. *Messrs. Dean S. Edmonds* and *William H. Davis* for respondents.

No. 699. New Haven Bank, Executor, *v.* Lucas, Commissioner of Internal Revenue. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Adrian C. Humphreys* and *Newton K. Fox* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John Vaughan Groner, Paul D. Miller, Clarence M. Charest,* and *P. S. Crewe* for respondent.

No. 701. Danciger *v.* Smith, Bankrupt. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs I. J. Ringolsky* and *J. M. McCormick* for petitioner. No appearance for respondent.

No. 702. Pabst *v.* Lucas, Commissioner of Internal Revenue. April 21, 1930. Petition for writ of certio-